IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. 3:20-CV-691

CARLISE A. OGLESBY, )
)
)
Plaintiff, )
)
v. )
)
AT&T MOBILITY SERVICES, LLC. )
)
Defendant. )
)

**VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff, by and through her undersigned counsel, hereby gives notice of a Voluntary Dismissal Without Prejudice.

This 9TH day of March, 2021.

/s/ Geraldine Sumter
Geraldine Sumter
N. C. Bar No. 11107
Ferguson Chambers & Sumter, P.A.
309 East Morehead Street, Suite 110
Charlotte, North Carolina 28202
Telephone: (704) 375-8461
Facsimile: (980) 938-4867
Email: gsumter@fergusonsumter.com

Attorney for Plaintiff